IN THE OREGON TAX COURT
REGULAR DIVISION
Income Tax

STANCORP FINANCIAL GROUP, INC., )
and SUBSIDIARIES, )
)
        Plaintiffs, )  **TC 5039**
   v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
) **ORDER ON DEFENDANT'S MOTION**
        Defendant. ) **FOR RECONSIDERATION**

This matter is before the court on the motion of Defendant Department of Revenue (the department) for reconsideration. All defined terms in this order have the meaning assigned to them in the original order.

In its motion, the department points out two factual errors in the order issued on August 2, 2012. Those points are well taken and will be addressed by issuance of a corrected order.

The department also requests from the court an explanation of the conclusion of the court that the income of SIC and SNY is to be removed from the base of income considered in the calculation of the tax liability of SFG. On that point, that is the propriety of excluding from the income base the income of the insurance subsidiaries, the parties had, and have, no disagreement, although their reasons for reaching that result may be different. Accordingly, it is inappropriate and unnecessary for the court to add its view or thoughts about a conclusion that the parties have

reached, by whatever means or for whatever reasons.  Indeed, as to this question there is no justiciable controversy.  The motion of the department in this regard is denied.  Now, therefore,

IT IS ORDERED that the court will issue a corrected order addressing the two factual errors called out in Defendant's motion; and

IT IS FURTHER ORDERED that the balance of Defendant's motion for reconsideration is denied.

Dated this ___ day of November, 2012.

_____
Henry C. Breithaupt
Judge

***THIS DOCUMENT WAS SIGNED BY JUDGE HENRY C. BREITHAUPT ON NOVEMBER 20, 2012, AND FILED THE SAME DAY.  THIS IS A PUBLISHED DOCUMENT.***